**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sankey Jim REID, a.k.a. Sankey Reid, a.k.a. Sankey J. Reid,
Defendant–Appellant.**

No. 15–10192.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 25, 2016.

Roger Dokken, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Sankey Jim Reid appeals from the district court's judgment and challenges his guilty-plea conviction and 420–month sentence for second-degree murder, in violation of 18 U.S.C. §§ 1111 and 1153. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Reid's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Reid has filed a pro se supplemental brief. No answering brief has been filed.

Reid waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

We decline to review Reid's ineffective assistance of counsel claims on direct appeal. *See United States v. Rahman,* 642 F.3d 1257, 1259–60 (9th Cir.2011).

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

Before: McKEOWN, RAWLINSON, and DAVIS,* Circuit Judges.